UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | Cause No. 1:95-cr-0148 (L/F) |
|  | ) |  |
| WILLIAM SHOLAR, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that William Sholar's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of 8 months in the custody of the Attorney General or his designee. Upon Mr. Sholar's release from confinement, he will be subject to supervised release for a period of one year. The service of the sentence is to begin immediately.

SO ORDERED this __8__ day of July, 2011.

William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Steve DeBrota,
Assistant United States Attorney
10 West Market Street, #2100
Indianapolis, IN 46204

William Dazey,
Office of Indiana Federal Community Defender
111 Monument Circle, #752
Indianapolis, IN 46204

U. S. Parole and Probation

U. S. Marshal Service