UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:95-cr-00148-TWP-TAB |
| | ) | |
| WILLIAM SHOLAR, | ) -01 | |
| | ) | |
| Defendant. | ) | |

**Order Denying Motion for Compassionate Release Without Prejudice**

Defendant filed a pro se letter that the Court construes as a Motion for Compassionate Release under Section 603 of the First Step Act of 2018, which is codified at 18 U.S.C. § 3582(c)(1)(A). Dkt. 69. On its face, the motion does not show that Defendant is entitled to compassionate release under § 3582(c)(1)(A). Accordingly, the motion, dkt. [69], is **denied without prejudice**.

If Defendant wishes to renew the motion, Defendant may do so by completing and returning the enclosed form motion. The **clerk** is **directed** to enclose a copy of the form Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(1)(A) (Compassionate Release) (*Pro Se* Prisoner) with Defendant's copy of this Order.

**IT IS SO ORDERED.**

Date:   9/23/2020

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

2

Distribution:

William Sholar
No. 2014025 4U
Marion County Jail
40 S. Alabama St.
Indianapolis, IN 46204

All Electronically Registered Counsel